IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-1993-WYD-BNB

JEFFREY BEEBE,

Plaintiff,

v.

PEGGY HEIL,
SALLY CHAPMAN,
MITCH MESTAS, and
JOSEPH ORTIZ,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　This matter is before the Court on the **Joint Motion to Stay Pretrial Proceedings and Trial Setting Pending Rulings on Defendants' and Plaintiff's Respective Motions for summary Judgment, and Brief in Support Thereof** (the "Motion"), filed on June 15, 2005.

　　IT IS ORDERED that the Motion is GRANTED.