IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  02-cv-01993-WYD-BNB

JEFFREY SCOTT BEEBE,

    Plaintiff,

v.

PEGGY HEIL, et al.,

    Defendants.

_____

**ORDER**
_____

THIS MATTER came before the Court on a status conference on Friday, June 2, 2006.  As stated on the record at the conference, it is

ORDERED that the parties shall meet and confer to attempt to resolve areas where testimony will be required at trial.  It is

FURTHER ORDERED that Plaintiff shall file Proposed Findings of Fact and Conclusions of Law by **Friday, August 4, 2006**, and shall include legal arguments as to the procedural due process in that pleading.  Defendant shall file Proposed Findings of Fact and Conclusions of Law by **Friday, August 25, 2006**, and shall discuss therein whether it agrees with the Findings of Fact and Conclusions of Law proposed by the Plaintiff.

    Dated:  June 9, 2006

                                      BY THE COURT:
                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge