IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  02-cv-01993-WYD-BNB

JEFFREY SCOTT BEEBE,

    Plaintiff,

v.

PEGGY HEIL, et al.,

    Defendants.

_____

**ORDER**
_____

THIS MATTER is before the Court on Defendants' Unopposed Motion for Order to Transport Inmate Jeff Beebe to Trial filed July 5, 2006.  The motion requests an order requiring Defendant to be transported to trial.  The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that Defendants' Unopposed Motion for Order to Transport Inmate Jeff Beebe to Trial is **GRANTED**.  In accordance therewith, it is

ORDERED that the Colorado Department of Corrections transport the Plaintiff, inmate Jeffrey Scott Beebe, #108302, to the United States District Court on September 19, 2006 to attend trial commencing at 9:00 a.m.

Dated:  July 6, 2006

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge