IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  02-cv-01993-WYD-BNB

JEFFREY SCOTT BEEBE,

        Plaintiff,

v.

PEGGY HEIL, et al.,

        Defendants.

_____

**ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

        Due to a scheduling conflict, the trial set for Tuesday, September 19, 2006, will
now commence at 10:30 a.m.

        Dated:  July 10, 2006