IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  02-cv-01993-WYD-BNB

JEFFREY SCOTT BEEBE,

    Plaintiff,

v.

PEGGY HEIL, et al.,

    Defendants.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendants' Motion to Substitute Joe Stommel for Defendant Peggy Heil (filed July 5, 2006) is **GRANTED** in light of Plaintiff's concurrence in the motion.  Defendant Joe Stommel shall be substituted as a named Defendant for Peggy Heil pursuant to FED. R. CIV. P. 25(d)(1), and the caption shall hereafter be amended to reflect this substitution.

    Dated:  July 17, 2006