IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  02-cv-01993-WYD-BNB

JEFFREY SCOTT BEEBE,

    Plaintiff,

v.

JOE STOMMEL, et al.,

    Defendants.

_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Motion to File Reply to Defendants' Suggested Findings of Fact and Conclusions of Law (filed July 26, 2006) is **DENIED WITHOUT PREJUDICE**.  First, the fact that a reply is allowed in connection with normal motion practice is not applicable to the filing of proposed Findings of Fact and Conclusions of Law before a bench trial.

    Second, Plaintiff is speculating that a reply will be needed as to a pleading that has not yet been filed.  In fact, Defendants' Findings of Fact and Conclusions of Law are not due to be filed until August 25, 2006.  If, after review of this pleading, Plaintiff believes that a reply is needed, he can refile a motion seeking leave to reply.  If the motion is refiled, it needs to demonstrate specific grounds as to why a reply is needed.

    Dated:  July 27, 2006