IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  02-cv-01993-WYD-BNB

JEFFREY SCOTT BEEBE,

    Plaintiff,

v.

JOE STOMMEL, et al.,

    Defendants.

_____

### ORDER FOR ENTRY OF JUDGMENT
_____

In light of the Findings of Fact and Conclusions of Law filed by the Court on November 13, 2006, it is hereby

ORDERED that judgment be entered as follows:

1.    In favor of the Plaintiff, and against the Defendants, on the procedural due process claim.

2.    In favor of Plaintiff, and against Defendants, on the substantive due process claim.

3.    In favor of Plaintiff, and against Defendants, on the claim that the regulation of the Colorado Department of Corrections ["CDOC"] at issue in this case is unconstitutional and thus null and void to the extent it does not provide for procedural due process as set forth in the Conclusions of Law.

4.    In favor of Defendants, and against Plaintiff, to the extent that Plaintiff claimed that the CDOC regulation at issue was unconstitutional in any other respect.

  5. Defendants shall reinstate Plaintiff into sex offender treatment forthwith.

  6. Defendants shall also reformulate the CDOC regulation and/or institute new termination procedures that provide appropriate due process protections to inmates sought to be terminated from sex offender treatment.

Dated: November 14, 2006

        BY THE COURT:

        s/ Wiley Y. Daniel  
        Wiley Y. Daniel  
        U. S. District Judge