IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  02-cv-01993-WYD-BNB

JEFFREY SCOTT BEEBE,

    Plaintiff,

v.

JOE STOMMEL, et al.,

    Defendants.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Motion for Attorneys' Fees and Related Nontaxable Expenses is **stricken** with leave to refile in compliance with D.C.COLO.LCivR 7.1A.

    Dated:  December 1, 2006