IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  02-cv-01993-WYD-BNB

JEFFREY SCOTT BEEBE,

    Plaintiff,

v.

JOE STOMMEL, et al.,

    Defendants.

_____

**ORDER**
_____

THIS MATTER is before the Court on Plaintiff and Defendants Joint Motion for Order on Attorneys' Fees and Costs.  Plaintiff and Defendants indicate in their Joint Motion that they have been involved in settlement negotiations involving the amount of attorney's fees and costs.  The parties further indicate that they reached an agreement and that all parties agree to the attorney's fees and costs reflected in their Joint Motion.  Based on the foregoing, it is

ORDERED that Plaintiff and Defendants' Joint Motion for Order on Attorneys' Fees and Costs is **GRANTED**.  It is

FURTHER ORDERED that Plaintiff is hereby awarded $105,030.00 in total attorneys' fees and $925.00 in costs.  It is

FURTHER ORDERED that payment shall be made as follows:

A)  A check or state warrant made payable to **John B. Roesler, Esq.** in the amount of sixty five thousand eight hundred forty six dollars and twenty five cents ($65,846.25), to

be paid by the Office of Risk Management for the State of Colorado;

B)  A check or state warrant made payable to Kirsten L. Wander, Esq. in the amount of thirty nine thousand, one hundred eighty three dollars and seventy five cents ($39,183.75), to be paid by the Office of Risk Management for the State of Colorado;

C)  A check or state warrant made payable to **John B. Roesler, Esq.** in the amount of nine hundred twenty five dollars ($925.00), to be paid by the Office of Risk Management for the State of Colorado.  It is

FURTHER ORDERED that John B. Roesler and Kirsten L. Wander shall be solely responsible for the tax liability, if any, that may arise from the Payments, and shall defend and indemnify the State, and hold the State harmless, for any interest or penalty assessed on such amounts.

Dated:  December 19, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge