IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  02-cv-01993-WYD-BNB

JEFFREY SCOTT BEEBE,

    Plaintiff,

v.

JOE STOMMEL, et al.,

    Defendants.

_____

**ORDER**
_____

    THIS MATTER is before the Court on Plaintiff's Unopposed Motion For Transport Order.  The Court, having reviewed the Motion and being fully advised in the premises,

    ORDERS that Plaintiff's Unopposed Motion for Transport Order [doc. #182 - filed October 24, 2007] is **GRANTED**.  In accordance therewith, it is

    ORDERED that the Colorado Department of Corrections shall transport Plaintiff Jeffrey Scott Beebe to the U. S. District Court, 901 19th Street, Courtroom A-1002 for the hearing scheduled on **Thursday, November 8, 2007 at 2:30 p.m.**

    Dated:  October 25, 2007

                                                BY THE COURT:

                                                s/ Wiley Y. Daniel
                                                Wiley Y. Daniel
                                                U. S. District Judge